# United States District Court
# Western District of Washington

DAN MACDONALD

Plaintiff(s)

V.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES LLC, CORELOGIC CREDCO, LLC,
OLD REPUBLIC CREDIT SERVICES, INC. and KROLL FACTUAL
DATA, INC.

Defendant(s)

Case Number:   2:14-cv-01400

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

GREGORY GORSKI   hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

DAN MACDONALD

The particular need for my appearance and participation is:

REPRESENTATION OF PLAINTIFF

I,   GREGORY GORSKI   understand that I am charged with knowing and

complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association;
and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/15/14      Signature of Applicant: s/ GREGORY GORSKI

Pro Hac Vice Attorney
Applicant's Name:     GREGORY GORSKI

Law Firm Name:        FRANCIS & MAILMAN, P.C.

Street Address 1:     100 SOUTH BROAD STREET

Address Line 2:       LAND TITLE BUILDING, 19TH FLOOR

City:  PHILADELPHIA          State: Pennsylvania ▾   Zip:  19110

Phone Number w/ Area Code          215-735-8600          Bar # 91365    State  Pennsylvania ▾

Primary E-mail Address:   ggorski@consumerlawfirm.com     Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant   GREGORY GORSKI                              is unable to be present upon any date

assigned by the court.

Date:        9/15/14            Signature of Local Counsel:  s/ CHRISTOPHER GREEN

Local Counsel's Name:    CHRISTOPHER GREEN                    Bar # 19410

Law Firm Name:           CHRISTOPHER E. GREEN, ATTORNEY AT LAW

Street Address 1:        TWO UNION SQUARE SUITE 4285

Address Line 2:          610 UNION STREET

City:  SEATTLE        State:  WA        Zip:  98101

Phone Number w/ Area
Code  Example: 999-999-9999          206-686-4558

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/GREGORY GORSKI                                                                                    9/15/14
_____        _____
**Signature**  (use an "s/" and type your name)                          **Date Signed**