Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAN MACDONALD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | **Case No. 14-cv-01400-RSM**<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED by and between Plaintiff, Dan MacDonald, and Defendants, Equifax Information Services LLC, CoreLogic Credco, LLC and Old Republic Credit Services, Inc. that all claims brought by Plaintiff herein against Defendants Equifax Information Services LLC, CoreLogic Credco, LLC and Old Republic Credit Services, Inc. be dismissed with prejudice, with each party bearing their own costs and attorney fees.

1

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 2:14-cv-01400-RSM)

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **SCHWEET LINDE & COULSON PLLC** |
| */s/Gregory Gorski* | |
| Gregory Gorski, admitted PHV | */s/Binah B. Yeung* |
| Francis & Mailman, P.C. | Binah B. Yeung |
| Land Title Building, 19th Floor | 575 S. Michigan St. |
| 100 South Broad Street | Seattle, WA 98108 |
| Philadelphia, PA 19110 | Telephone: (206) 381-0101 |
| Telephone:  (215) 735-8600 | Email: binahy@schweetlaw.com |
| Facsimile:   (215) 940-8000 | |
| Email: ggorski@consumerlawfirm.com | Attorneys for Defendant |
| | Equifax Information Services, LLC |
| Attorneys for Plaintiff | |

| | |
|---|---|
| **FARUKI IRELAND & COX P.L.L.** | **LANE POWELL PC** |
| */s/Ronald I. Raether, Jr.* | */s/Laura Marquez-Garrett* |
| Ronald I. Raether, Jr. | Laura Marquez-Garrett |
| 10 N. Ludlow Street | 1420 Fifth Avenue |
| 500 Courthouse Plaza S.W. | Ste.4200 |
| Dayton, OH 45402 | Seattle, WA 98111-9402 |
| Telephone: (937) 227-3733 | Telephone: (206) 223-6246 |
| Email: rraether@ficlaw.com | Email: garrettl@lanepowell.com |
| | |
| Attorneys for Defendant | Christi A. Lawson |
| CoreLogic Credco, LLC | (Admitted *pro hac vice*) |
| | Foley & Lardner LLP |
| | 111 N. Orange Ave., Suite 1800 |
| | Orlando, FL 32801 |
| | Telephone: (407) 244-3235 |
| | clawson@foley.com |
| | |
| | and |

2
STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 2:14-cv-01400-RSM)

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000

|   |   |
|---|---|
| 1 | Lauren A. Champaign |
| 2 | (Admitted *pro hac vice*) |
|   | Foley & Lardner LLP |
| 3 | 3000 K Street N.W., Suite 600 |
| 4 | Washington, DC 200007-5109 |
|   | Telephone: (202) 295-4719 |
| 5 | lchampaign@foley.com |

Attorneys for Defendant
Old Republic Credit Services, LLC

Dated: July 21, 2015

---

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 2:14-cv-01400-RSM)

3

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000