# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAN MACDONALD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | **Case No. C14-1400 RSM**<br><br>**ORDER DISMISSING DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, CORELOGIC CREDCO, LLC AND OLD REPUBLIC CREDIT SERVICES, INC. WITH PREJUDICE** |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of dismissal (Dkt. No. 24), this action is DISMISSED with prejudice as to Defendants Equifax Information Services LLC, CoreLogic Credco, LLC and Old Republic Credit Services, Inc. with prejudice and without an award of attorneys' fees to any party.

//

---

ORDER

(No. 2:14-cv-01400-RSM)

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000

1

Dated this 23rd day of July 2015.2015.

[signature]
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **SCHWEET LINDE & COULSON PLLC** |
| */s/Gregory Gorski* | |
| Gregory Gorski, admitted PHV | */s/Binah B. Yeung* |
| Francis & Mailman, P.C. | Binah B. Yeung |
| Land Title Building, 19th Floor | 575 S. Michigan St. |
| 100 South Broad Street | Seattle, WA 98108 |
| Philadelphia, PA 19110 | Telephone: (206) 381-0101 |
| Telephone: (215) 735-8600 | Email: binahy@schweetlaw.com |
| Facsimile: (215) 940-8000 | |
| Email: ggorski@consumerlawfirm.com | Attorneys for Defendant |
| | Equifax Information Services, LLC |
| Attorneys for Plaintiff | |
| | |
| **FARUKI IRELAND & COX P.L.L.** | **LANE POWELL PC** |
| */s/Ronald I. Raether, Jr.* | */s/Laura Marquez-Garrett* |
| Ronald I. Raether, Jr. | Laura Marquez-Garrett |
| 10 N. Ludlow Street | 1420 Fifth Avenue |
| 500 Courthouse Plaza S.W. | Ste.4200 |
| Dayton, OH 45402 | Seattle, WA 98111-9402 |
| Telephone: (937) 227-3733 | Telephone: (206) 223-6246 |
| Email: rraether@ficlaw.com | Email: garrettl@lanepowell.com |
| Attorneys for Defendant | Christi A. Lawson |
| CoreLogic Credco, LLC | (Admitted *pro hac vice*) |

2

ORDER
(No. 2:14-cv-01400-RSM)

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000

1 | Foley & Lardner LLP
2 | 111 N. Orange Ave., Suite 1800
3 | Orlando, FL 32801
  | Telephone: (407) 244-3235
4 | clawson@foley.com
5 | and
6 | Lauren A. Champaign
7 | (Admitted *pro hac vice*)
  | Foley & Lardner LLP
8 | 3000 K Street N.W., Suite 600
9 | Washington, DC 200007-5109
  | Telephone: (202) 295-4719
10 | lchampaign@foley.com

11 | Attorneys for Defendant
12 | Old Republic Credit Services, LLC

13 | Dated: July 21, 2015

3

ORDER
(No. 2:14-cv-01400-RSM)

LAW OFFICES OF
**FRANCIS & MAILMAN, P.C.**
100 S. BROAD ST., 19TH FLOOR
PHILADELPHIA, PA 19110
TELEPHONE: (215) 735-8600
FACSIMILE: (215) 940-8000